# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LOUIS N. WOODS  
727 MULBERRY STREET  
ROCKFORD, IL  61101  

SSN-xxx-xx-4505

Case Number: 07-73103

Case filed on: 12/21/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $538.45          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 501.30 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 501.30 | 0.00 |
| 003 | JANICE WOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPT OF HEALTHCARE | 112,032.68 | 112,032.68 | 0.00 | 0.00 |
|  | Total Priority | 112,032.68 | 112,032.68 | 0.00 | 0.00 |
| 999 | LOUIS N. WOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 3,803.53 | 3,000.00 | 0.00 | 0.00 |
|  | Total Secured | 3,803.53 | 3,000.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 0.00 | 803.53 | 0.00 | 0.00 |
| 004 | ACTIVITY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN FAMILY MUTUAL INS CIO | 839.01 | 839.01 | 0.00 | 0.00 |
| 009 | AMERICAN FAMILY MUTUAL INS CIO | 3,204.74 | 3,204.74 | 0.00 | 0.00 |
| 010 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT MANAGEMENT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 1,243.24 | 1,243.24 | 0.00 | 0.00 |
| 018 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ILLINOIS DEPARTMENT OF | 2,272.00 | 2,272.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 1,204.28 | 1,204.28 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PERFORMANCE CAPITAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 532.38 | 532.38 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 5,744.04 | 5,744.04 | 0.00 | 0.00 |
| 025 | SIMM ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | U.S. DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 432.66 | 432.66 | 0.00 | 0.00 |
| 030 | B-REAL LLC | 677.79 | 677.79 | 0.00 | 0.00 |
| 031 | CHECK IT | 204.62 | 204.62 | 0.00 | 0.00 |
|  | Total Unsecured | 16,354.76 | 17,158.29 | 0.00 | 0.00 |
|  | Grand Total: | 134,890.97 | 134,890.97 | 501.30 | 0.00 |

Total Paid Claimant:        $501.30  
Trustee Allowance:          $37.15  
Percent Paid Unsecured:     0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan